THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Mack Jordan, Appellant.
 
 
 

Appeal From Colleton County
 Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2012-UP-309
 Submitted April 2, 2012 – Filed May 16,
2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, and Mack Jordan, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor I. McDuffie Stone, III, of Beaufort,
 for Respondent. 
 
 
 

PER CURIAM: Mack
 Jordan appeals his conviction for second-degree burglary, arguing the trial
 court erred in refusing to direct a verdict of acquittal because the State
 failed to prove an unlawful entry.  Additionally, Jordan filed a pro se brief.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.